■ In the Matter of St. Vincent's Services, Inc., on Behalf of Karolyn G., Respondent. Ernest G., Appellant. [624 NYS2d 910] —Appeal from a dispositional order of the Family Court, Kings County (Palmer, J.), dated November 25, 1992.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Judge Palmer in his "Decision After Trial" dated October 5, 1992. Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.